EXHIBIT H
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Approved, SCAO

Original Court
1st copy - Judge/Assignment Clerk (green)
2nd copy - Respondent (blue)
3rd c...
4th c...

**STATE OF MICHIGAN**
**29th JUDICIAL CIRCUIT**
**Clinton COUNTY**

**PETITION FOR PERSONAL PROTECTION ORDER (NONDOMESTIC)**

CASE NO. 23-31274-

Hon. Lisa Sullivan

Court address: 100 E. State St Ste 2600 St. Johns, MI 48879
Court telephone no.: 989-224-5257

**A** Petitioner's name: SCOTT FINK    Age: 44

Address and telephone no. where court can reach petitioner: [redacted]

v

Respondent's name, address, and telephone no.: EMIL Booth    Age: [redacted]

1. The petitioner and respondent have never been married, resided in the same household together, had a child in common, or had a dating relationship with one another.

**B** 2. ☐ The respondent is required to carry a firearm in the course of his/her employment.    ☒ Unknown.

**C** 3. a. There ☐ are ☒ are not other pending actions in this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| | | |

b. There ☐ are ☒ are not orders/judgments entered by this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| | | |

**D** 4. I need a personal protection order because: Explain what has happened (attach separate sheets)

Please see attached statement of facts

*TRUE COPY CLINTON COUNTY CLERK*

**E** 5. I make this petition under the authority of MCL 600.2950a(1) and ask the court to grant a personal protection order prohibiting the respondent from
   ☒ a. stalking me as defined by MCL 750.411h and MCL 750.411i, which includes but is not limited to
      ☒ following me or appearing within my sight.
      ☒ appearing at my workplace or residence.
      ☒ approaching or confronting me in a public place or on private property.
      ☒ entering onto or remaining on property owned, leased, or occupied by me.
      ☒ sending mail or other communications to me.
      ☒ contacting me by telephone.
      ☒ placing an object on or delivering an object to property owned, leased, or occupied by me.
      ☒ threatening to kill or physically injure me.
      ☒ purchasing or possessing a firearm.
      ☐ other: _____
   ☒ b. posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.

**F** ☒ 6. I request an ex parte order because immediate and irreparable injury, loss, or damage will occur between now and a hearing or because notice itself will cause irreparable injury, loss, or damage before the order can be entered.

**G** ☐ 7. I have a next friend petitioning for me. I certify that the next friend is not disqualified by statute and is an adult.

**H** Date: 6/25/23    Petitioner's/Next friend's signature: [signature]

CC 377  (6/19)  PETITION FOR PERSONAL PROTECTION ORDER (NONDOMESTIC)    MCL 600.2950a, MCR 3.703
RESPONDENT

6/28/23

Regarding PPO for Earl Booth;

I was an investigator with Internal Affairs for the Michigan Dept of Correction from June 2021-June 2023. In January 2022, I was assigned an investigation into the social media conduct of Earl Booth, who was a Corrections Officer at the Receiving and Guidance Center in Jackson, MI. After my interview with Booth, he filed a federal lawsuit against me, the MDOC and Director Washington. This suit is still being handled in Federal court and we were ordered to not have contact with Booth while it goes through the process in court.

Around April 14th. 2023, Earl Booth was placed on stop order and suspended from his work with the MDOC for a Facebook post in which he listed my name specifically along with other names of employees from the MDOC. The Michigan State police went to his home around this time as well to speak to him about his threatening post, which has since been removed from Facebook.

On 6/27/2023, Booth showed up to a court hearing for myself that has nothing to do with him, the MDOC, or my employment with the MDOC. Booth placed his camera in my face, followed me around the court room taking pics inside the hallways of the court as well as video outside the entrance. Booth was within 3 feet of me everywhere I went inside the court, including standing next to me while I sat at a table, sitting across from me at the table, and entering the court room the same time as me to sit across from me. Booth followed me and my attorney out of the court room toward the exit. I went to the restroom and spent approx. 15 minutes inside the court before exiting. When I exited the court, Booth was standing at the exit and filmed me walk to my vehicle. He then proceeded to walk in front of my vehicle and film me through my windshield and then filmed my vehicle as I drove away from the court. Booth posted several of these videos to his personal Facebook page.

Booth is currently suspended for making threats on Facebook in which he specifically mentions my name. he has followed me around at a court hearing that does not pertain to him in an attempt to intimidate me, and I feel that Mr. Booth is harassing me and stalking me. I am fearful for my safety and that of the safety of those around me. I respectfully request that an ex parte PPO be granted against Earl Booth by this honorable court.

Scott Fink

2645 Boulder Creek Dr,

Saint Johns, MI 48879

734-751-5636

11:27　　　　　　　　　　　　　5G

< 🔍 earl booth

All　Posts　People　Groups　Photos　Videos

**Earl Booth**
Apr 14 · 🌐

They called me from Lansing with this today!!! It was sent to me via my Personal Email, with no conditions as to how I could present it!!! SO HERE IT IS!!!... See more

### MICHIGAN DEPARTMENT OF CORRECTIONS
*"Committed to Protect, Dedicated to Success"*
### MEMORANDUM
### STOP ORDER

**DATE:** April 14, 2023

**TO:** Shawn Brewer, Assistant Deputy Director *(Sent Via E-Mail)*
Correctional Facilities Administration

**FROM:** Acting Warden Troy Chrisman
Charles E. Egeler Reception and Guidance Center

**SUBJECT:** **STOP ORDER-** *Corrections Officer Earl Booth*

Effective immediately, Corrections Officer Earl Booth is not permitted to enter RGC or DWH or be on institutional grounds until approved to do so by the Warden or Deputy Warden.

CC:
SMT/JCF/JCS/SAI:
JCF　　　Mary Crawford
SMT　　　Jessica Patterson
JCS/SAI　　Kamara Roney

RGC:
Warden's Office
A/Deputy Warden J Malloy
A/ADW R. Pearl
ADW P. Slagter
Administrative Asst. E Reid
Inspector R Wahtola
Control Center
Captains
Lieutenants
Sgt. C. McBeth, Arsenal
Sallyport
Human Resources
Front Gate
File

DWH:
Carol Griffes, DWH HC Administrator
Inspector Jeremy Stephenson
DWH Front Gate
DWH Building Control



