UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. BOOTH,

    Plaintiff,

v.

SCOTT FINK, et al.,

    Defendants.

_____/

Hon. Hala Y. Jarbou

Case No. 1:23-cv-758

## **ENTRY OF DEFAULT**

It appears from the files and records that affidavit for default has been duly filed and that defendant Scott Fink failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff and in accordance with the rules of this court, default is hereby entered against defendant Scott Fink according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ N. Stimec

Date:  August 31, 2023

By: Deputy Clerk