UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. BOOTH,

    Plaintiff,

v.

SCOTT FINK, et al.,

    Defendants.

_____/

Case No. 1:23-cv-758

Hon. Hala Y. Jarbou

## ORDER

In the interest of facilitating prompt resolution of this case, and in accordance with the stipulated order vacating and extending facilitation deadline (ECF No. 73),

**IT IS ORDERED** that facilitative mediation shall be completed no later than **January 17, 2025**. The parties have fourteen (14) days from the date of this Order to jointly choose one mediator from the list of court certified mediators.[1] Plaintiffs are responsible for e-filing notification of the name of the selected mediator. If the parties are unable to jointly select a mediator, they must notify the ADR Administrator[2], who will select a mediator for them. Once the mediator is selected, a Notice will issue regarding the method and schedule for the mediation conference.

Dated: November 4, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] www.miwd.uscourts.gov

[2] ADR Administrator, U.S. District Court, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503; 616/456-2381; adr@miwd.uscourts.gov