UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. BOOTH,

    Plaintiff,

v.

SCOTT FINK, et al.,

    Defendants.

_____/

Case No. 1:23-cv-758

Hon. Hala Y. Jarbou

## ORDER

**IT IS ORDERED** that Intervenor Michigan Attorney General's motion to amend her response (ECF No. 128) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to docket the proposed amended response (ECF No. 128-1) as the Amended Response to Plaintiff's motion for summary judgment.

**IT IS FURTHER ORDERED** that Plaintiff shall have 14 days from this date to file a reply.

Dated: December 10, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE