UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. BOOTH,
    Plaintiff,

v

SCOTT FINK,
in his individual capacity,

SHERIFF SEAN DUSH,
in his official capacity,
    Defendants, and

MICHIGAN ATTORNEY GENERAL,
    Intervenor Defendant.

No. 1:23-cv-758

HON. HALA Y. JARBOU

HON. RAY KENT
MAGISTRATE

---

Philip L. Ellison (P74117)
Outside Legal Counsel PLC
Attorney for Plaintiff
P.O. Box 107
Hemlock, MI 48626
pellison@olcplc.com

Timothy Ferrand (P39583)
Cummings McClorey Davis &
Acho, PLC
Attorneys for Sheriff Dush
19176 Hall Road, Suite 205
Clinton Township, MI 48038
tferrand@cmda-law.com

B. Eric Restuccia (P49550), Deputy Solicitor General
Attorney for Michigan Attorney General
Solicitor General Division, P.O. Box 30212, Lansing, MI 48909
(517) 335-7628   RestucciaE@michigan.gov

/

## ORDER

    The Court having reviewed Intervenor Defendant Michigan Attorney General's Motion to file a reply to Plaintiff's response to Defendant Dush's Motion for Summary Judgment,

    **IT IS ORDERED** that motion by Intervenor Defendant Michigan Attorney General's Motion to file a reply to Plaintiff's response to Defendant Dush's Motion for Summary Judgment is **GRANTED in part** and **DENIED in part**.

The motion is granted in part, allowing Intervenor Defendant Michigan Attorney General's Motion to file a reply to Plaintiff's response to Defendant Dush's Motion for Summary Judgment on **January 13, 2025.  The motion is denied is part,** in regards to Plaintiff's sur-reply.  Any sur-reply request must be made by motion with the appropriate basis included.  Plaintiff may file such a motion if necessary.

Dated:  December 23, 2024         /s/ Hala Y. Jarbou

                                 HALA Y. JARBOU
                                 CHIEF U.S. DISTRICT JUDGE