UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. BOOTH,

      Plaintiff,                      Case No. 1:23–cv–00758–HYJ–RSK

v.                                 Hon. Hala Y. Jarbou

SCOTT FINK, et al.,

      Defendants.
_____/

## ORDER

The Court DENIES as moot plaintiff's motion to enforce settlement (ECF No. 150).

IT IS SO ORDERED.

Dated: May 28, 2025                       /s/ Ray Kent
                                                 RAY KENT
                                                 U.S. Magistrate Judge