UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EARL D. BOOTH,

      Plaintiff,

v

SCOTT FINK, in his individual capacity, and
SHERIFF SEAN DUSH, in his official capacity,

      Defendants.

Case No.: 1:23-cv-00758
Chief Judge Hala Y. Jarbou
Mag. Judge Ray Kent

| | |
|---|---|
| PHILIP L. ELLISON (P74117)<br>Outside Legal Counsel PLC<br>Attorney for Plaintiff<br>P.O. Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Sheriff Sean Dush<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br><br>B. ERIC RESTUCCIA (P49550)<br>Deputy Solicitor General<br>Attorney for Intervening Defendant<br>Michigan Attorney General<br>P.O. Box 30212<br>Lansing, MI 48909<br>(517) 335-7628<br>restucciaE@michigan.gov |

## STIPULATION TO ENTRY OF ORDER OF DISMISSAL

    The parties hereto, Plaintiff Earl D. Booth, Defendant Sheriff Sean Dush and

Intervening Defendant Michigan Attorney General, by and through their attorneys

of record, hereby stipulate and agree to entry of the attached order of dismissal.

/s/  Philip L. Ellison
PHILIP L. ELLISON (P74117)
Outside Legal Counsel PLC
Attorney for Plaintiff

/s/ Timothy S. Ferrand (w/ permission)
TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Sheriff Sean Dush

/s/ B. Eric Restuccia (w/ permission)
B. ERIC RESTUCCIA (P49550)
Deputy Solicitor General
Attorney for Intervening Defendant
Michigan Attorney General

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EARL D. BOOTH,

       Plaintiff,

v

SCOTT FINK, in his individual capacity, and
SHERIFF SEAN DUSH, in his official capacity,

       Defendants.

Case No.:  1:23-cv-00758
Chief Judge Hala Y. Jarbou
Mag. Judge Ray Kent

| PHILIP L. ELLISON (P74117)<br>Outside Legal Counsel PLC<br>Attorney for Plaintiff<br>P.O. Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Sheriff Sean Dush<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br><br>B. ERIC RESTUCCIA (P49550)<br>Deputy Solicitor General<br>Attorney for Intervening Defendant<br>Michigan Attorney General<br>P.O. Box 30212<br>Lansing, MI 48909<br>(517) 335-7628<br>restucciaE@michigan.gov |

## **ORDER OF DISMISSAL**

      This matter having come before the Court on stipulation and agreement, by and between the parties hereto, Plaintiff Earl D. Booth, Defendant Sheriff Sean Dush and Intervening Defendant Michigan Attorney General,

      IT IS SO ORDERED as follows:

1. Plaintiff's claims against Defendant Sheriff Sean Dush are dismissed with prejudice and without costs to any party.

2. Plaintiff's claim of civil conspiracy against Defendant Fink is dismissed with prejudice and without cost to any party.

3. Plaintiff's remaining claims against Defendant Fink are dismissed without prejudice and without costs to any party.

4. This Order has no preclusive effect on the pending constitutional challenge to Michigan's Non-Domestic Personal Protection Statute (MCL 600.2950a) – Case No. 19-CV-11905- Eastern District of Michigan.

5. This Order does not preclude Plaintiff Earl D. Booth's pending or future claims against Defendant Scott Fink.

*This is final order and closes this case.*

Dated:  June 24, 2025   　　　　　　　　　　　　　/s/ Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　　　　　　　HALA Y. JARBOU
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge